Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff,
Jose Trujillo

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>STYLES FOR LESS, INC. dba STYLES FOR LESS, et al.,<br><br>    Defendants. | No. 1:17-cv-00786-LJO-EPG<br><br>**STIPULATION TO AMEND SCHEDULING ORDER; ORDER** |

Plaintiff, Jose Trujillo ("Plaintiff"), and Defendant, Garrison Tulare LLC ("Garrison," and together with Plaintiff, "the Parties")[1], together request that the Court amend the current deadlines set by this Court's Scheduling Order, dated September 19, 2017 (Dkt. 14) ("Scheduling Order") as follows:

**WHEREAS,** the Scheduling Order sets a deadline to request leave to amend the pleadings of January 12, 2018, and prior to amending his complaint, Plaintiff must inspect the subject property to identify whether any additional barriers to his access exist;

---

[1] Defendant Styles for Less, Inc. has filed for bankruptcy and the matter is automatically stayed solely as to that defendant (Dkt. 15). Styles for Less, Inc. and Garrison are referred to collectively herein as "Defendants."

1

| | |
|---|---|
| 1 | **WHEREAS,** Plaintiff properly noticed a site inspection which was to take place on October 23, 2017, but Defendants had a scheduling conflict, and Styles for Less, Inc. subsequently filed for bankruptcy, so the date was continued to January 15, 2018; |

      **WHEREAS,** Plaintiff properly noticed a site inspection which was to take place on October 23, 2017, but Defendants had a scheduling conflict, and Styles for Less, Inc. subsequently filed for bankruptcy, so the date was continued to January 15, 2018;

      **WHEREAS,** the Parties have been engaging in settlement discussions and are optimistic that a settlement will be reached in the near future;

      **WHEREAS,** the Parties have agreed to a continuance of the site inspection to allow the Parties to exhaust settlement efforts;

      **WHEREAS,** the Parties have agreed to continue the deadline to amend the complaint in order for Plaintiff's consultant to conduct the inspection and prepare his findings, for Plaintiff to review those findings and prepare his amended complaint, for Plaintiff to provide the proposed amendment to Garrison so that it can consider stipulating to the amendment, and for Plaintiff to prepare a motion for leave to amend if Garrison does not stipulate;

      **NOW, THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE AND AGREE** to amend the Scheduling Order to extend the deadline to request leave to amend the pleadings to March 30, 2018.

      All other requirements set forth in the Scheduling Order relating to the above shall remain unchanged, including the pre-trial and trial dates.

Dated: January 9, 2018                      MISSION LAW FIRM, A.P.C.

                                            */s/ Zachary M. Best*
                                            Zachary M. Best
                                            Attorneys for Plaintiff,
                                            Jose Trujillo

Dated: January 9, 2018                      WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP

                                            */s/ Aaron Langberg*
                                            Aaron Langberg
                                            Attorneys for Defendant
                                            Garrison Tulare, LLC

# **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Scheduling Order, dated September 19, 2017 (Dkt. 15), is amended to extend the deadline for the Parties to seek leave to amend the pleadings to March 30, 2018.

All other requirements set forth in the Scheduling Order relating to the above shall remain unchanged, including the pre-trial and trial dates.

IT IS SO ORDERED.

Dated: **January 16, 2018**         /s/ *Erica P. Grosjean*
                                     UNITED STATES MAGISTRATE JUDGE