<pre>
1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF CALIFORNIA
9
</pre>

| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>STYLES FOR LESS, INC.; GARRISON TULARE LLC,<br><br>        Defendants. | Case No. 1:17-cv-00786-LJO-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 22) |
|---|---|

On February 2, 2018, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 22.) All parties have agreed to the dismissal. In light of the stipulation, the case has ended, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and is dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

    Dated: **February 6, 2018**                /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE